UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RINALDI,

                Plaintiff,

        -v.-

DBF COLLECTION CORP.,

                Defendant.

25 Civ. 4058 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On July 9, 2025, the Court so-ordered a stipulation of voluntary dismissal, which terminated Trans Union LLC as a defendant in this action. (Dkt. #9).  The Court directed the Clerk of Court to mail a copy of this so-ordered stipulation to Plaintiff, and the Court directed Plaintiff to inform the Court whether he intends to proceed with his claims against Defendant DBF Collection Corp., or instead intends to voluntarily dismiss those claims, or has another update regarding those claims.  (*Id.*).  However, it appears that the Clerk of Court did not mail this so-ordered stipulation to Plaintiff.  Accordingly, the Clerk of Court is directed to mail a copy of this Order to Plaintiff at the following address: 120 East 34th Street, Aplt. 16L, New York, New York 10016; and to mail a copy of this Order to Defendant DBF Collection Corp. at the following address: DBF Collection Corp., PO Box 447, Hewlett, New York 11557.  The previous deadline for Plaintiff to inform the Court was on or before August 1, 2025; the Court hereby ADJOURNS *sua sponte* the deadline for Plaintiff to file this update to on or before **October 1, 2025**.

SO ORDERED.

Dated: September 5, 2025
       New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge