UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER RINALDI,<br><br>                        Plaintiff,<br><br>            -v.-<br><br>DBF COLLECTION CORP.,<br><br>                        Defendant. | 25 Civ. 4058 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 15, 2025, the Court issued an Order to Show Cause why it should not dismiss this case due to Plaintiff's failure to timely serve the complaint, failure to prosecute, and failure to follow the Court's orders. (Dkt. #11). The Clerk of Court mailed a copy of that Order to Plaintiff, but it was returned to sender. (10/20/2025 Minute Entry; 10/29/2025 Minte Entry). On October 31, 2025, as a one-time courtesy, the Court emailed a copy of the Order to Plaintiff at the email address listed in his court filings. (*See* Dkt. #1-1 at 5; Dkt. #9 at 1). On November 12, 2025, Plaintiff responded to the Court by email stating that, having settled with Defendant TransUnion (*see* Dkt. #9), he wished to "withdraw" the remainder of his case against Defendant DBF Collection Corp. ("DBF"). Plaintiff also explained that he has moved and provided an updated address. The Court will GRANT Plaintiff's request and DISMISS the remainder of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs, expenses, and attorneys' fees — though the Court notes that Plaintiff is *pro se* and DBF has not appeared.

Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at the following address: 208 E. 28th St. Apt. 4F, New York, New York 10016; and to Defendant DBF Collection Corp. at the following address: DBF Collection Corp., PO Box 447, Hewlett, New York 11557.

SO ORDERED.

Dated: November 13, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge